UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**CHAMBERS OF**
**JAMES K. BREDAR**
UNITED STATES MAGISTRATE JUDGE
MDD_JKBChambers@mdd.uscourts.gov

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0950 OFFICE
(410) 962-2985 FAX

September 24, 2009

Joel Steven Magolnick, Esquire
de la O Marko Magolnick and Leyton, PA
3001 SW Third Avenue
Miami, Florida   33129

Michael Stephen Steadman, Jr., Esquire
Peter F. Axelrad, Esquire
Council Baradel Kosmerl and Nolan, PA
125 West Street, Fourth Floor
Annapolis, Maryland   21401

Joshua R. Treem, Esquire
Schulman, Treem, Kaminkow & Gilden, PA
401 East Pratt Street, Suite 1800
Baltimore, Maryland   21202

    Subject: *Ioannis Kafouros v. Times-Shamrock Communications, et al.*
             Civil Case No. JFM-09-1542

Dear Counsel:

    Please be advised that a settlement conference in the above-captioned case has been scheduled for **Monday, March 2, 2010, at 10:00 a.m.** to be held in my chambers (Room 8C, United States Courthouse, 101 West Lombard Street, Baltimore, Maryland). It is required that the parties, or in the case of a corporation or partnership, an officer or other representative with complete authority to enter into a binding settlement, be present in person. Attendance by the attorney for a party is <u>not</u> sufficient. *See* Local Rule 607.3.[1] Please also be advised that the conference may take the entire day.

    No later than **Monday, February 22, 2010,** I would like to receive by regular mail, facsimile mail, or hand delivery, <u>not</u> electronically, from each party a short letter candidly setting forth the following:

    1.  Facts you believe you can prove at trial;

---

[1] This requirement will only be waived upon a showing of exceptional circumstances. If counsel believes that such circumstances exist, a letter detailing why this Court should excuse the representative from personal attendance should be electronically filed for my consideration <u>at least two weeks</u> before the scheduled settlement conference or immediately upon learning of the extenuating circumstance(s), whichever event is sooner.

Letter to Counsel – *Kafouros v Times-Shamrock*
Page 2
September 24, 2009

    2. The major weaknesses in each side's case, both factual and legal;

    3. An evaluation of the maximum and minimum damage awards you believe likely;

    4. The history of any settlement negotiations to date;

    5. Estimate of attorney's fees and costs of litigation through trial; and

    6. The name and position/title of the individuals who will be attending the conference.

The letters may be submitted <u>ex parte</u> and will be solely for my use in preparing for the settlement conference. I also will review the pleadings in the court file. Additionally, if you want me to review any case authorities that you believe are critical to your evaluation of the case, please identify. If you want me to review any exhibits or deposition excerpts, please attach a copy to your letter.[2]

The settlement conference process will be confidential and disclosure of confidential dispute resolution communications is prohibited. *See* 28 U.S.C. § 652(d).

Notwithstanding the informal nature of this letter, it is an Order of the Court and the Clerk is directed to docket it as such.

                            Very truly yours,

                            /s/

                            James K. Bredar
                            United States Magistrate Judge

JKB/cw
cc: The Hon. J. Frederick Motz
    Court file
    Chambers file

---

[2] Please note that the American Bar Association Standing Committee on Ethics and Professional Responsibility has issued a Formal Opinion (No. 93-370) that precludes a lawyer, ABSENT INFORMED CLIENT CONSENT, from revealing to a judge the limits of the lawyer's settlement authority or the lawyer's advice to the client regarding settlement. The opinion does not preclude a judge, in seeking to facilitate a settlement, from inquiring into those matters. Therefore, please discuss these items with your client before appearing for the settlement conference.