IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IOANNIS KAFOUROS,

    Plaintiff,

                                      Civil Action No. JFM-09-1542

vs.

CEGW, INC., et al.,

    Defendants.
_____/

## PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS

    Plaintiff, Ioannis Kafouros, submits the following proposed Voir Dire questions to the Court:

**Introduction**: This is an action filed by Ioannis Kafouros against Van Smith and City Paper, alleging that Mr. Smith and City Paper published statements, in print and online, falsely identifying Mr. Kafouros as "Crazy John Kafouros," a federal fugitive.

    1. Mr. Kafouros is represented by Joel Magolnick, of de la O, Marko, Magolnick & Leyton, and Joshua Treem, of Shulman, Treem, Kaminkow & Gilden.  The City Paper and Mr. Smith are represented by Peter Axelrad and Michael Steadman of Council, Baradel, Kosmerl & Nolan.

    2. Does anyone here know the Plaintiff, Ioannis Kafouros, who is also known by the English translation of his name – John Kafouros? Defendant Van Smith? Defendant City Paper (a/k/a Baltimore City Paper)? Any of the attorneys?

    3. This trial is expected to last for 4 to 5 days.   Is there anything about the length or scheduling of the trial that would interfere with your ability to serve?

    4. Have any of you ever served as a juror before? If yes:

        a. In what kind of case?
        b. Were you the foreperson?
        c. Did the jury reach a verdict?
        d. Is there anything about your or your family member's prior experience as a juror that would affect your ability to sit as a juror and be fair and impartial in this case?

5. Have you or a family member or close friend ever been involved in a lawsuit? If yes:

    a. In what kind of case?
    b. Were you/family member/friend the plaintiff or defendant?
    c. What was the outcome?
    d. Is there anything about your/your family member's/your friend's experience that would affect your ability to sit as a juror and be fair and impartial in this case?

6. Have you or a family member or close friend ever made a claim for damages against anyone that did not result in a lawsuit? If yes:

    a. What was the basis of the claim?
    b. What was the outcome?
    c. Is there anything about your/your family member's/your friend's experience that would affect your ability to sit as a juror and be fair and impartial in this case?

7. Have you ever had a claim for damages made against you? If yes:

    a. What was the basis of the claim?
    b. What was the outcome?
    c. Is there anything about your/your family member's/your friend's experience that would affect your ability to sit as a juror and be fair and impartial in this case?

8. Has a family member or close friend ever had a claim for damages made against them?

    a. What was the basis of the claim?
    b. What was the outcome?
    c. Is there anything about your family member's/friend's experience that would affect your ability to sit as a juror and be fair and impartial in this case?

9. Some or all of the following individuals may be called to testify in this case:

Ioannis Kafouros
Maria Kafouros
Alexious Kafouros
Athena Kafouros
Dimitrious (Jimmy) Stavrakos
Jimmy Frangos
Peter Prevas
Van Smith
Lee Gardner
Erin Sullivan
Donald Farley

Does anyone here know any of these individuals?

    10. A plaintiff is a person who has initiated a lawsuit. Does anyone have a bias for or against a plaintiff simply because he or she has brought a lawsuit?

    11. A defendant is a person or corporation against whom a lawsuit has been brought. Does anyone have a bias for or against a defendant simply because a lawsuit has been brought against him or her?

    12. Go through each juror's employment

        a. Is there anything about your employment that would affect your ability to sit as a juror and be fair and impartial in this case?

    13. Does anyone here have any training or experience in the legal field?

        a. Is there anything about your training or experience that would affect your ability to sit as a juror and be fair and impartial in this case?

    14. Does anyone here have any training or experience in reviewing or adjusting claims?

        a. Is there anything about your training or experience that would affect your ability to sit as a juror and be fair and impartial in this case?

    15. Does anyone here have any training or experience in the field of journalism (newspaper, online, television, radio)?

        a. Is there anything about your training or experience that would affect your ability to sit as a juror and be fair and impartial in this case?

    16. Do you, your family members or any of your close friends maintain a blog? If yes

        a. What is the subject matter of the blog?

    17. The claim in this case is that Ioannis "John" Kafouros was falsely identified by the Defendants as a federal fugitive named "Crazy John Kafouros." Have any of you ever heard of "Crazy John Kafouros?" If yes:

        a. What have you heard about him?
        b. Is there anything about your knowledge of "Crazy John" Kafouros that would affect your ability to sit as a juror and be fair and impartial in this case?

    18. Is there anyone here who believes that it is acceptable for someone to falsely accuse someone of being someone they are not?

    19. Have any of you or any of your member of your family or a close personal friend ever been falsely accused of being someone you were not? If yes:

      a. What was the false accusation?
      b. Was a lawsuit filed?
      c. What was the outcome?
      d. Is there anything about your experience that would affect your ability to sit as a juror and be fair and impartial in this case?

20. Is there anyone here who believes that it is acceptable for someone to falsely accuse someone of being a criminal?

21. Have any of you or any of your loved ones ever been falsely accused of being a criminal? If yes:
      a. What was the nature of the accusation?
      b. What was your reaction (or that of the family member or close friend)?
      c. Did you take any action as a result?
      d. Is there anything about your experience that would affect your ability to sit as a juror and be fair and impartial in this case?

22. Have any of you or any of your member of your family or a close personal friend ever been falsely accused of being someone you were not? If yes:

      a. What was the false accusation?
      b. Did you take any action as a result?
      c. Is there anything about that experience that would affect your ability to sit as a juror and be fair and impartial in this case?

23. Is there anyone here who believes that it is acceptable for someone to falsely accuse someone of being someone that they are not?

24. Have any of you ever been the subject of a false statement?

      a. Details of the statement(s) made
      b. Did you take any action as a result?
      c. Is there anything about that experience that would affect your ability to sit as a juror and be fair and impartial in this case?

25. Is there anyone here who believes that it is acceptable for someone to make false statements about someone else?

26. Do any of you read the City Paper, either in print or online? If yes:
      a. How often?
      b. Do you have any opinions about the City Paper?

27. Does everyone here believe that a newspaper and its writers have an obligation to fully investigate all facts before publishing a story and to take all necessary steps to ensure that the information reported is accurate?

      a. Is there anyone here that believes that the obligation to accurately report information is any less because the information is being reported online?

28. Does everyone believe that a newspaper and its writers have an obligation to accurately report the information it obtains before publishing a story?

29. Is there anyone here who believes it is acceptable for a newspaper or its reporters to ignore relevant information when investigating or reporting a story?

30. In this case, Plaintiff will be asking the jury to award him damages arising from emotional distress suffered as a result of the publication of the articles by the Defendants. If the evidence at trial supports Plaintiff's claim of emotional distress, is there anyone here who would have difficulty awarding Plaintiff money for emotional distress when there is no physical injury?

31. At the end of the trial, you may be asked to consider the issue of punitive damages. Punitive damages are designed to punish a party and deter future similar conduct. Do any of you have an opinion on whether it is appropriate for a jury to punish parties for wrongdoing by awarding punitive damages? Would any of you have any difficulty in following the Court's instructions with respect to awarding punitive damages if the evidence were to justify such an award?

32. Based on what you have heard thus far, is there anything about this case or the nature of the claim itself, that would interfere with your ability to be fair and impartial and to apply the law as instructed by the court?

33. If the law and evidence warranted, would you be able to render a verdict in favor of the plaintiff or defendant regardless of any sympathy you may have for either party?

34. Can you accept the law as explained by the Court and apply it to the facts regardless of your personal beliefs about what the law is or should be?

35. Is there anything else that you feel is important for the Court or counsel in this case to know about you?

Respectfully submitted,

**DE LA O, MARKO, MAGOLNICK & LEYTON**
Co-counsel for Plaintiff
3001 S.W. 3rd Avenue
Miami, Florida 33129
Telephone: (305) 285-2000
Facsimile:   (305) 285-5555

By: /s/ Joel S. Magolnick
    **Joel S. Magolnick, Esq.**
    Fla. Bar No. 776068
    magolnick@dmmllaw.com

and

Joshua R. Treem, Esq.
Maryland Bar No. 00037
jtreem@stkgrlaw.com
**SHULMAN, TREEM, KAMINKOW & GILDEN, P.A.**,
Co-counsel for Plaintiff
401 East Pratt Street, Suite 1800
Baltimore, Maryland 21202
Telephone: (410) 332-0850

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of same was furnished via electronic mail and U.S. mail on this ____ day of August 2010, to: Peter F. Axelrad, Esq. and Michael S. Steadman, Jr., Esq., Council, Baradel, Kosmerl & Nolan, P.A., 125 West Street, 4th Floor, P.O. Box 2289, Annapolis, Maryland, 21401.

                                                     _____
                                                     Joel S. Magolnick