IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IOANNIS KAFOUROS,

    Plaintiff,

vs.                                            Civil Action No. JFM-09-1542

CEGW, INC., et al.,

    Defendants.

_____/

**PLAINTIFF'S EXHIBIT LIST**

Plaintiff, Ioannis Kafouros, pursuant to this Court's April 13, 2010 Order, and Rule 106 of the Local Rules of the U.S. District Court for the District of Maryland, hereby submits his Exhibit List in the above-referenced matter as follows:

1. 8/22/08 article – "Where is Crazy John Kafouros"  - *
2. 8/27/08 article – "The Greek Connection"  - *
3. 9/24/08 "The Mail" section of City Paper - *
4. 10/8/08 "correction" in Mobtown Beat - *
5. 9/5/08 email from V. Smith to E. Sullivan, et al. - *
6. V. Smith's 1 page handwritten notes - *
7. 4/9/09 emails between V. Smith and Lee Gardner - *
8. 4/9/09 emails between V. Smith and Don Farley - *
9. 4/27/09-4/28/09 emails among V. Smith, L. Gardner and E. Sullivan - *
10. 10/6/09 emails between V. Smith and Tim Hill - *
11. 6/2/99 article  - "On the Lam" - *
12. 6/16/09 emails among V. Smith, E. Sullivan, et al. - **

13. 10/26/09 email from E. Sullivan to L. Gardner - **

14. 9/25/08 emails between L. Gardner and D. Farley - *

15. 10/3/08 emails between D. Farley and L. Gardner - **

16. 8/7/09 emails among L. Gardner, T. Hill and D. Farley - **

17. 12/10/08 emails among L. Gardner, V. Smith and D. Farley - **

18. 12/12/08, 12/26/08 emails between V. Smith and L. Gardner - **

19. 11/3/08 invoices from Quantum A/V Solutions, Inc. - *

20. 1/12/09 invoice from Quantum A/V Solutions, Inc. - *

21. 1/3/09 Weapons Sales Receipt - *

22. Defendants' Responses to Interrogatories - **

All exhibits will be made available for inspection and copying at a mutually agreeable place and time.

**\* - denotes an exhibit that is expected to be offered**
**\*\* - denotes an exhibit that may be offered**

## Statement Regarding Objections to Defendants' Proposed Exhibits

Plaintiff has reviewed Defendants' Exhibit List and hereby stipulates to the authenticity of Defendants' proposed Exhibits, while reserving the right to raise any substantive objection to the admissibility of such Exhibits at trial.

Respectfully submitted,

**DE LA O, MARKO,
MAGOLNICK & LEYTON**
Co-counsel for Plaintiff
3001 S.W. 3rd Avenue
Miami, Florida 33129
Telephone: (305) 285-2000
Facsimile:   (305) 285-5555

By: /s/ Joel S. Magolnick
      Joel S. Magolnick (*Pro Hac Vice*)
      Florida Bar No. 776068
      magolnick@dmmllaw.com

and

Joshua R. Treem, Esq.
Maryland Bar No. 00037
jtreem@stkgrlaw.com
**SCHULMAN, TREEM, KAMINKOW &
GILDEN, P.A.**, Co-counsel for Plaintiff
401 East Pratt Street, Suite 1800
Baltimore, Maryland 21202
Telephone: (410) 332-0850