IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IOANNIS KAFOUROS,

    Plaintiff,

vs.

    Civil Action No. JFM-09-1542

CEGW, INC., et al.,

    Defendants.

_____/

**PLAINTIFF'S EXHIBIT LIST**

Plaintiff, Ioannis Kafouros, pursuant to this Court's April 13, 2010 Order, and Rule 106 of the Local Rules of the U.S. District Court for the District of Maryland, hereby submits his Exhibit List in the above-referenced matter as follows:

1. 8/22/08 article – "Where is Crazy John Kafouros" - * SEP 2 0 2010
2. 8/27/08 article – "The Greek Connection" - *– SEP 2 0 2010
3. 9/24/08 "The Mail" section of City Paper - * SEP 2 0 2010
4. 10/8/08 "correction" in Mobtown Beat - * SEP 2 0 2010
5. 9/5/08 email from V. Smith to E. Sullivan, et al. - * SEP 2 0 2010
6. V. Smith's 1 page handwritten notes - *– SEP 2 0 2010
7. 4/9/09 emails between V. Smith and Lee Gardner - * SEP 2 0 2010
8. 4/9/09 emails between V. Smith and Don Farley - *
9. 4/27/09-4/28/09 emails among V. Smith, L. Gardner and E. Sullivan - *
10. 10/6/09 emails between V. Smith and Tim Hill - *
11. 6/2/99 article - "On the Lam" - *
12. 6/16/09 emails among V. Smith, E. Sullivan, et al. - ** SEP 2 2 2010

Case 1:09-cv-01542-JFM   Document 57   Filed 09/23/10   Page 2 of 2
Case 1:09-cv-01542-JFM   Document 40   Filed 08/31/10   Page 2 of 3
Page 2 of 3                                        Civil Action No. JFM-09-1542

13. 10/26/09 email from E. Sullivan to L. Gardner - ** SEP 2 2 2010

14. 9/25/08 emails between L. Gardner and D. Farley - *

15. 10/3/08 emails between D. Farley and L. Gardner - **

16. 8/7/09 emails among L. Gardner, T. Hill and D. Farley - **

17. 12/10/08 emails among L. Gardner, V. Smith and D. Farley - **

18. 12/12/08, 12/26/08 emails between V. Smith and L. Gardner - **

19. 11/3/08 invoices from Quantum A/V Solutions, Inc. - *

20. 1/12/09 invoice from Quantum A/V Solutions, Inc. - *

21. 1/3/09 Weapons Sales Receipt - * SEP 2 2 2010

22. Defendants' Responses to Interrogatories - **

23. Word Document SEP 2 2 2010 - ID only

All exhibits will be made available for inspection and copying at a mutually agreeable place and time.


\* - denotes an exhibit that is expected to be offered
\*\* - denotes an exhibit that may be offered

### Statement Regarding Objections to Defendants' Proposed Exhibits

Plaintiff has reviewed Defendants' Exhibit List and hereby stipulates to the authenticity of Defendants' proposed Exhibits, while reserving the right to raise any substantive objection to the admissibility of such Exhibits at trial.