# IOANNIS KAFOUROS

## vs.

## CEGW, INC., et al

**Civil No. JFM-09-1542**                                               **Defendant's Exhibits**

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | 9-23-10 | 9-23-10 | Copy of E-Mail - |
| 2 | 09/22/10 | 09/22/10 | Article of "The Greek Connection" |
| 3 | 9-23-10 | 9-23-10 | Article "Best Tail Wag" |
| 4 | 9-23-10 | 9-23-10 | E-Mail From Van Smith |
| 5 | 9-23-10 | 9-23-10 | E-Mail From Donald Gardner |
| 6 | 9-23-10 | 9-23-10 | E-Mail From Donald Gardner |
| 7 | 9-23-10 | 9-23-10 | " to Van Smith |
| 8 | ~~9-23-10~~ | ~~9-23-10~~ | E-Mail dated 8-7-09 |
| 9 | 9-23-10 | ~~9-23-10~~ | Newspaper Article "On The Lam" |
| 10 | ~~9-23-10~~ | ~~9-23-10~~ | Article dated 8-22-08 |
| 11 | 09/22/10 | 09/22/10 | Maryland Assessment and Taxation form |
| 12 | 09/22/10 | 09/22/10 | Print-Out of Division of Corporation |
| 13 | | | Copy of Note about call |
| 14 | 9-22-10 | 9-22-10 | Copy of Wanted Poster |
| 15 | 9-23-10 | 9-23-10 | E-Mail dated 10-15-09 |
| 16 | | | E-Mail dated 12-29-08 |

Exhibit List (Rev. 3/1999)