IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| IOANNIS KAFOUROS | * |
| Plaintiff | * |
| v. | * |
| | *    Case No.: JFM -09-1542 |
| CEGW, INC./TIMES-SHAMROCK COMMUNICATIONS d/b/a BALTIMORE CITY PAPER | * |
| and | * |
| VAN SMITH | * |
| Defendants | * |

\*   \*   \*   \*   \*   \*

## VERDICT FORM

**LADIES AND GENTLEMEN OF THE JURY:** it is your duty to return a verdict in the form of written answers to written questions which are being submitted by the Court to you for both Defendants in this case. Your answers will constitute your verdict. Each answer is to be written in the space provided after each question. Each of you must agree to each answer provided. It is your duty as jurors to answer each of these questions in accordance with the evidence in the case and the Court's instructions.

**I.**     **DEFAMATION (COUNT I)**

     1.     Has Plaintiff proven, by a preponderance of the evidence, that the statements about Plaintiff in the City Paper articles subject to this lawsuit were false?

Answer "YES" or "NO." Answer: _Yes_

If you answered "YES," please go to Question No. 2.
If you answered "NO," then you have rendered your verdict on liability and your deliberations are concluded. The Foreperson should date and sign this Verdict Form where indicated on page 4, and notify the Clerk.

2. PLEASE ANSWER THE SUBPARTS OF THIS QUESTION SEPARATELY:

a. Has Plaintiff proven, by clear and convincing evidence, that the Defendants actually knew the false statement(s) were not true at the time the statement(s) were made?

Answer "YES" or "NO." Answer: __NO__

**Please go to Question 2.b.**

b. Has Plaintiff proven, by clear and convincing evidence that the Defendants knew, at the time the false statement(s) were made, that the statement(s) were almost certainly false, or that the Defendants had obvious reasons to distrust the accuracy of the statement(s)?

Answer "YES" or "NO." Answer: __NO__

**Please go to Question No. 3.**

3. Has Plaintiff proven, by a preponderance of the evidence, that the Defendants published the false statement(s) about Plaintiff Ioannis Kafouros to a third party without showing reasonable care to determine whether the statement(s) was true or false?

Answer "YES" or "NO." Answer: __YES__

**If you have answered "YES" to any subpart of Questions 2 or 3, please go to Question No. 4.**
**If you have answered "NO" to all subparts of Questions 2 and 3, then you have rendered your verdict on liability and your deliberations are concluded. The Foreperson should date and sign this Verdict Form where indicated, and notify the Clerk.**

4. IF YOU ANSWERED "YES" TO EITHER SUBPART OF QUESTION 2 ABOVE, PLEASE ANSWER THIS QUESTION (# 4). IF YOU ANSWERED "NO" TO BOTH SUBPARTS OF QUESTION 2 ABOVE, PLEASE SKIP THIS QUESTION (# 4) AND GO TO QUESTION 5.

What amount of money do you find will fairly and adequately compensate Plaintiff for damages directly caused by the defamatory statement(s) published by Defendants in the City Paper articles subject to this lawsuit?

**Compensatory Damages: $_____**

**If you just answered Question No. 4 above, please skip Question 5 and go to Section II of this Verdict Sheet.**

5. (a) Has Plaintiff proven by a preponderance of the evidence that he has suffered actual harm directly caused by the defamatory statement(s) published by the Defendants in the City Paper articles subject to this lawsuit?

Answer "YES" or "NO." Answer: _YES_

If you answered "YES," then please go to Question No. 5.b
If you answered "NO," then you have rendered your verdict on liability and your deliberations are concluded. The Foreperson should date and sign this Verdict Form where indicated on page 4, and notify the Clerk.

b.  What amount of money do you find will fairly and adequately compensate Plaintiff for damages that he has proven were directly caused by the defamatory statements published by Defendants in the City Paper articles subject to this lawsuit?

Compensatory Damages: $ 350,000.00

Please go to Section II.

II.  **PUNITIVE DAMAGES**

If you answered "YES" to Question 2.a in Section I, then please go to question 1 below.
If you answered "NO" to Question 2.a in Section I, then you have rendered your verdict on liability and your deliberations are concluded. The Foreperson should date and sign this Verdict Form where indicated on page 4, and notify the Clerk.

1.  Do you find that punitive damages should be awarded against the Defendants in this case?

Answer "YES" or "NO." Answer: _____

III.  **PUNITIVE DAMAGES AWARD**

1.  What amount of Punitive Damages do you award Plaintiff Ioannis Kafourous?

Punitive Damages: _____

DATE: 9/23/2010

**SIGNATURE REDACTED**

FOREPERSON