IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

IOANNIS KAFOUROS

      Plaintiff,

                                   Civil Action No. JFM-09-1542

vs.

CEGW, INC. , et al.,

      Defendants.
_____/

## ACKNOWLEDGMENT OF SATISFACTION

      This certifies that the judgment entered on September 28, 2010 in favor of Ioannis Kafouros and against CEGW, Inc./Times-Shamrock Communications d/b/a Baltimore City Paper and Van Smith in the above entitled case has been fully paid and satisfied.

                          Respectfully submitted,

                          **DE LA O, MARKO,**
                          **MAGOLNICK & LEYTON**
                          Co-counsel for Plaintiff
                          3001 S.W. 3rd Avenue
                          Miami, Florida 33129
                          Telephone: (305) 285-2000
                          Facsimile:   (305) 285-5555

                          By: /s/ Joel S. Magolnick
                                Joel S. Magolnick (*Pro Hac Vice*)
                                Florida Bar No. 776068
                                magolnick@dmmllaw.com

                          and

                          Joshua R. Treem, Esq.
                          Maryland Bar No. 00037
                          jtreem@stkgrlaw.com
                          **SCHULMAN, TREEM, KAMINKOW &**
                          **GILDEN, P.A.**, Co-counsel for Plaintiff
                          401 East Pratt Street, Suite 1800
                          Baltimore, Maryland 21202
                          Telephone: (410) 332-0850

## **CERTIFICATE OF SERVICE**

I certify that, on October 20, 2010, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

/s/ Joel S. Magolnick
Joel S. Magolnick